IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-01042 |
| Plaintiff, | **INDICTMENT** |
| vs. | Counts 1-2 |
| AMY JURISIC, | 18 U.S.C. § 1709: Theft of Mail by Postal Employee |
| Defendant. | |

The Grand Jury charges:

## Count 1

### Theft of Mail by Postal Employee

1. On or about June 6, 2017, in the Northern District of Iowa, defendant AMY JURISIC, then a United States Postal Service employee, did embezzle and steal mail which had been entrusted to the defendant or which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

2. This was in violation of Title 18, United States Code, Section 1709.

## Count 2

### Theft of Mail by a Postal Employee

3. On or about October 10, 2018, in the Northern District of Iowa, defendant AMY JURISIC, then a United States Postal Service employee, did

embezzle and steal mail which had been entrusted to the defendant or which had come into the defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service.

4. This was in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

/s/     12/16/2020

Grand Jury Foreperson    Date

PETER E. DEEGAN, JR.
United States Attorney

By: [signature]

ANTHONY MORFITT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 12/16/2020
ROBERT L. PHELPS, CLERK