IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 20-CR-1042 |
| vs. | ) |
| AMY JURISIC, | ) |
| Defendant. | ) |

**GOVERNMENT'S MEMORANDUM REGARDING SENTENCING**

The United States provides this Memorandum regarding sentencing.

**I. CASE SUMMARY**

  A.  Witnesses:

    1.  Lori Wignal, USPS

    2.  Tina Nobis, USPS

  B.  Exhibit:

    1.  Spreadsheet with check information

    2.  Photos of checks

  C.  Issue:[1] Whether defendant stole the checks identified in the

---

[1] The presentence report in this matter identifies eight issues for the Court to decide. The government agrees with the presentence reports identification of each issue. However, the issues identified in the presentence report will be decided by the Court's factual determination as to which checks defendant stole while serving as a postal employee (Issues 1 through 5 in the PSR). The Court's factual determination as to that issue will determine the amount of intended loss, restitution, and whether specific entities should be classified as victims. (Issues 6 through 9 in the PSR).

1

presentence report and, therefore, the amount of loss, restitution, and number of victims

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By, /s/ *Anthony Morfitt*

ANTHONY MORFITT
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
tony.morfitt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/lsm

COPIES TO: Christopher Nathan
           US Probation