

l Bank

82865

12/4/2018

$ **3,235.74

DOLLARS

Security features included. Details on back.

AUTHORIZED SIGNATURE

...UST & SAVINGS BANK
...QUE, IA 52001
...5-52/739

DATE 12/10/2018

5 / 100

**********7,726.95*  AMOUNT

63590

311/759

48395

PRINTING

Security features are included. Details on back.

13352

EZShield™ Check Fraud Protection for Business

12/5/2018

$ **7,000.00

*********************** DOLLARS

Security features. Details on back.



**Sheely's**
Furniture and Appliance

Furnish Your Life.
ependent Furniture Retailer In The U.S.
0 South Avenue, P.O. Box 705
North Lima, Ohio 44452

**Huntington**
www.huntington.com

154399

DATE
10/10/18

00015

AMOUNT
**$20,784.88

Twenty Thousand Seven Hundred Eighty Four DOLLARS And 88 CENTS

TO THE ORDER OF
FLEXSTEEL
3400 JACKSON STREET
P.O. BOX 877
DUBUQUE, IA 52004-0877

VOID IF NOT CASHED IN 90 DAYS

*Sheely's*
AUTHORIZED SIGNATURE

⑈'154399

