IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.                               No. CR20-1042-CJW

AMY JURISIC,                     TRANSCRIPT OF
                                      PLEA TAKING

      Defendant.
_____/


      The Plea Taking held before the Honorable Mark A. Roberts, Magistrate Judge of the United States District Court for the Northern District of Iowa, at the Federal Courthouse, 111 Seventh Avenue Southeast, Cedar Rapids, Iowa, June 14, 2021, commencing at 1:30 p.m.


APPEARANCES

For the Plaintiff:    ANTHONY MORFITT, ESQ.
                      Assistant United States Attorney
                      111 Seventh Avenue Southeast
                      Cedar Rapids, IA 52401

For the Defendant:    CHRISTOPHER J. NATHAN, ESQ.
                      Assistant Federal Defender
                      Suite 290
                      222 Third Avenue Southeast
                      Cedar Rapids, IA  52401

Transcribed from      Shelly Semmler, RDR, CRR
digital recording by: 320 Sixth Street
                      Sioux City, IA  51101
                      (712) 233-3846

1        (The following transcript was prepared from an

2   audio recording.)

3                    * * * *

4        THE COURT:  Please be seated.  The case before

5   the Court is United States versus Amy Jurisic, Number

6   20-CR-1042.  United States is represented by Assistant

7   United States Attorney Tony Morfitt.  The defendant is

8   here in person with her attorney, Chris Nathan.  The

9   matter comes on for a change of plea.

10       Ms. Jurisic, first of all, am I saying that

11  correctly?

12             THE DEFENDANT:  Yes.

13             THE COURT:  Have you -- you've been charged by

14  an indictment that has two counts.  Counts 1 and 2 each

15  charges you with the crime of theft of mail by postal

16  employee.  Have you received a copy of that indictment?

17             THE DEFENDANT:  Yeah.

18             THE COURT:  Can you pull that microphone just a

19  little closer to you?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  Have you had a full opportunity to

22  discuss the charges in detail with Mr. Nathan?

23             THE DEFENDANT:  Yes, Your Honor.

24             THE COURT:  I understand that you intend to

25  plead guilty to Count 1 of the indictment this afternoon.

1  Is that correct?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  You need to understand that I'm a

4  United States magistrate judge.  Your case has also been

5  assigned to a United States District Court judge.  You

6  have the right to have a district court judge preside

7  over your guilty plea proceeding.  I can preside over

8  this hearing but only with your voluntary consent.  Is it

9  agreeable with you that I preside over this hearing?

10         THE DEFENDANT:  Yes, Your Honor.

11         THE COURT:  Let the record also reflect that at

12  document number 21 of the Court's file is a written

13  consent to proceed before a magistrate judge that appears

14  to be signed by Ms. Jurisic and Mr. Nathan.

15      So, Ms. Jurisic, with your consent, I will preside

16  over the hearing today.  And during our hearing, I need

17  to ask you some questions, and your answers to my

18  questions have to be under oath.  So at this point I'm

19  going to ask you to please stand and raise your right

20  hand so I can administer the oath.

21             AMY JURISIC, DEFENDANT, SWORN

22         THE COURT:  You're now under oath.  You may be

23  seated.  If you knowingly lie or make a false statement,

24  the government could charge you with the crimes of

25  perjury or making a false statement.  And if you're

1  convicted of those offenses, you could be sentenced to a

2  period of imprisonment and fined.  Do you understand

3  that?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  It's important that you answer my

6  questions truthfully because if you were to lie or make a

7  false statement today, the government could use that very

8  statement against you to charge you with those offenses.

9  Do you understand that?

10          THE DEFENDANT:  Yes, Your Honor.

11          THE COURT:  Now, Mr. Morfitt, I know I'm taking

12  this a little bit out of order, but I understand the

13  government doesn't intend to seek detention of

14  Ms. Jurisic at the conclusion of the hearing today.  Is

15  that correct?

16          MR. MORFITT:  That is correct, Your Honor.

17          THE COURT:  And I'm glad the marshals came to

18  the hearing today, but you can be excused for the

19  remainder of our hearing if you'd like to be.  Thank you,

20  gentlemen.

21      Now, the first few questions I have for you,

22  Ms. Jurisic, are really just designed to make sure that

23  you're in a mental state today where you can voluntarily

24  and knowingly enter a guilty plea.

25      Would you please state your full name.

1          THE DEFENDANT:  Amy Caroline Jurisic.

2          THE COURT:  How old are you, Ms. Jurisic?

3          THE DEFENDANT:  37.

4          THE COURT:  How far have you gone through

5     school?

6          THE DEFENDANT:  Some college.

7          THE COURT:  Do you have any difficulty reading

8     or understanding the English language?

9          THE DEFENDANT:  No.

10         THE COURT:  Have you ever suffered from

11    depression, anxiety, or any other mental illness?

12         THE DEFENDANT:  No.

13         THE COURT:  Have you ever used illegal drugs or

14    abused alcohol?

15         THE DEFENDANT:  Yes.

16         THE COURT:  Do you think your prior drug or

17    alcohol use might affect your ability to understand the

18    proceedings here today?

19         THE DEFENDANT:  No.

20         THE COURT:  Are you taking any medications or

21    prescription drugs for any mental or physical condition?

22         THE DEFENDANT:  No.

23         THE COURT:  Do you know of any reason that you

24    might have difficulty understanding these proceedings?

25         THE DEFENDANT:  No.

1          THE COURT:  It's important that you do

2    understand everything that we do here today, so if there

3    is something that you don't understand, would you please

4    stop me and let me know?

5          THE DEFENDANT:  Yes.

6          THE COURT:  Also, we're not in any hurry, so if

7    you want to stop and visit with Mr. Nathan about any

8    questions you might have, we'll make time for you to

9    visit with him privately.

10        Mr. Nathan, do you have any reason to believe that

11   Ms. Jurisic is not competent to enter a guilty plea?

12          MR. NATHAN:  No, Your Honor.

13          THE COURT:  I need to talk to you now,

14   Ms. Jurisic, about all the rights you'll be giving up if

15   you do plead guilty today.

16        First of all, you don't have to plead guilty today.

17   You can go forward and have a trial on these charges if

18   you prefer.  Do you understand that?

19          THE DEFENDANT:  Yes.

20          THE COURT:  You also have the right to have a

21   lawyer help and represent you during every stage of this

22   case.  In this case the Court appointed Mr. Nathan to

23   represent you.  And if you wanted to go to trial and

24   fight these charges, he would continue to represent you

25   all the way through that trial at no expense to you.  Do

1  you understand your right to an attorney?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Have you been generally satisfied

4  with the services provided by Mr. Nathan?

5          THE DEFENDANT:  Yes.

6          THE COURT:  You also have the right to have a

7  speedy and public trial before a jury of 12 people

8  selected from a cross-section of the community.  Both you

9  and Mr. Nathan would have a role in selecting the people

10  who would serve on your jury.  Those jurors would swear

11  under oath to try your case fairly based only on the

12  evidence admitted at trial and based on the law as given

13  to them by the judge.

14      Any verdict by the jury would have to be unanimous

15  which means that all 12 people on the jury would have to

16  agree on the verdict.  Do you understand your right to a

17  jury trial?

18          THE DEFENDANT:  Yes.

19          THE COURT:  There's also a presumption of

20  innocence.  That means if the case went to trial, the

21  judge would tell the jury that you're presumed innocent

22  of these charges, and that presumption of innocence could

23  only be overcome if the government produced evidence that

24  proved your guilt beyond a reasonable doubt.  In fact,

25  the trial judge would tell the jury that that presumption

1   of innocence alone could be enough for you to be found

2   not guilty.  Do you understand that?

3          THE DEFENDANT:  Yes.

4          THE COURT:  You also have the right to

5   confrontation.  That means if the case went to trial, the

6   government would have to call its witnesses here in open

7   court.  You'd have a right to see those witnesses, and

8   they could see you.  You wouldn't have to confront the

9   government's witnesses if you didn't want to, but if you

10  wanted to challenge their testimony, you could do so by

11  having Mr. Nathan cross-examine them.  But if you plead

12  guilty here today, Ms. Jurisic, you'll be giving up your

13  right to confront witnesses on these charges.  Do you

14  understand that?

15         THE DEFENDANT:  Yes.

16         THE COURT:  You also have the right to present

17  a defense.  In a criminal case like this one, the burden

18  of proof is always on the government, and it would never

19  shift to you.  So if the case went to trial, you wouldn't

20  have to present any evidence if you didn't want to.  But

21  if you wanted to present a defense, you could.  For

22  example, you could call witnesses, or you could offer

23  exhibits into evidence.  And if you couldn't afford to

24  have witnesses served with subpoenas or you couldn't

25  afford to have those witnesses travel here to the

1   courthouse, I'd make the government pay those expenses

2   for you.

3      But again, Ms. Jurisic, if you plead guilty here

4   today, you'll be giving up your right to present a

5   defense to these charges.  Do you understand that?

6           THE DEFENDANT:  Yes.

7           THE COURT:  Finally, you have the right to

8   remain silent.  You could testify at your trial if you

9   wanted to, but you wouldn't have to testify, and nobody

10   could make you testify.  And if you chose not to testify,

11   the prosecutor wouldn't say anything about that to the

12   jury, and the judge would instruct the jurors that they

13   could not take into account in any way or, frankly, even

14   discuss among themselves the fact that you did not

15   testify in arriving at the verdict.  Do you understand

16   that?

17           THE DEFENDANT:  Yes.

18           THE COURT:  In summary, Ms. Jurisic, if you

19   plead guilty here today, there will be no trial.  You

20   will be found guilty based on your plea just as if there

21   had been a trial and just as if a jury had deliberated

22   and returned a guilty verdict against you.  Do you

23   understand that?

24           THE DEFENDANT:  Yes.

25           THE COURT:  Now, before I can recommend that

the district court accept your guilty plea, I need to be

satisfied that you are, in fact, guilty as charged in the

indictment.

And for you to be found guilty of theft of mail by

postal employee as charged in Count 1 of the indictment,

the government would have to prove three things beyond a

reasonable doubt. I'm going to go over those three

things with you now. In fact, what I'll do is I'll read

each of them twice. The first time I read one of these,

I'm just going to ask you if you understand it. Then

I'll read it again and ask you if it's true.

So the first thing the government would have to

prove is that you were an employee of the United States

Postal Service at the time stated in the indictment,

namely, on or about June 6, 2017. Do you understand the

first thing the government would have to prove?

THE DEFENDANT: Yes.

THE COURT: Is it true that you were an

employee of the United States Postal Service at the time

stated in the indictment, namely, on or about June 6,

2017?

THE DEFENDANT: Yes.

THE COURT: Secondly, the government would have

to prove that in your position with the United States

Postal Service, you had possession of mail, specifically,

1   an envelope sent by AmeriQuest to Truck Country, that was

2   intended to be conveyed by mail.  Do you understand the

3   second thing the government would have to prove?

4           THE DEFENDANT:  Yes.

5           THE COURT:  Is it true that in your position

6   with the United States Postal Service you had possession

7   of mail, specifically, an envelope sent by AmeriQuest to

8   Truck Country, that was intended to be conveyed by mail?

9   Is that true?

10          THE DEFENDANT:  Yes.

11          THE COURT:  Finally, the government would have

12  to prove that you took the envelope and removed the

13  contents of the envelope, specifically, a check dated

14  June 6, 2017, with the intent to convert it to your own

15  use.  Do you understand the third thing the government

16  would have to prove?

17          THE DEFENDANT:  Yes.

18          THE COURT:  Is it true that you took the

19  envelope and removed the contents of the envelope,

20  specifically, a check dated June 6, 2017, with the intent

21  to convert it to your own use?

22          THE DEFENDANT:  Yes.

23          THE COURT:  Now, the parties have entered into

24  a plea agreement in this case I understand.  It's in the

25  form of a May 6, 2021, letter to Mr. Nathan from

1  Mr. Morfitt, and it's been marked as Government's Exhibit

2  1.  Mr. Morfitt, is that being offered into evidence at

3  this time?

4            MR. MORFITT:  Yes, Your Honor.

5                      *   *   *   *

6            (Government Exhibit 1 was offered.)

7                      *   *   *   *

8            THE COURT:  Mr. Nathan, any objection?

9            MR. NATHAN:  No, Your Honor.

10           THE COURT:  Government's Exhibit 1 is admitted.

11                     *   *   *   *

12           (Government Exhibit 1 was admitted.)

13                     *   *   *   *

14           THE COURT:  Ms. Jurisic, do you have a copy of

15 that plea agreement in front of you?

16           THE DEFENDANT:  Yes.

17           THE COURT:  Can you turn first with me, please,

18 to the very last page of the plea agreement?  You'll see

19 there's -- someone's typed your name there with a

20 signature line, and on top of that signature line I see a

21 signature.  Is that your signature?

22           THE DEFENDANT:  Yes, Your Honor.

23           THE COURT:  Did you review the plea agreement

24 in its entirety before you signed it?

25           THE DEFENDANT:  Yes.

1    THE COURT:  By signing it, did you intend to

2 indicate that you read, understood, and agreed to the

3 terms of the plea agreement?

4    THE DEFENDANT:  Yes.

5    THE COURT:  Now, I don't want you to tell me

6 about the substance of your conversations with

7 Mr. Nathan, but do you believe that you had a sufficient

8 amount of time to discuss this plea agreement in detail

9 with Mr. Nathan before you signed it?

10    THE DEFENDANT:  Yes.

11    THE COURT:  Do you also believe that you had

12 plenty of time to ask him questions about the plea

13 agreement?

14    THE DEFENDANT:  Yes.

15    THE COURT:  When you met with him and asked him

16 questions, was he able to answer all your questions to

17 your satisfaction?

18    THE DEFENDANT:  Yes.

19    THE COURT:  As we sit here today, do you have

20 any questions whatsoever about the plea agreement that

21 you entered with the government?

22    THE DEFENDANT:  No.

23    THE COURT:  If you could turn -- well, before I

24 get to that, the plea agreement does call for the

25 dismissal of Count 2.  That has to be approved by the

district court judge, and if the district court judge
does not agree to the dismissal of that charge, then
you'll be allowed to withdraw your guilty plea to Count 1
if you like.  Do you understand that?

THE DEFENDANT:  Yes.

THE COURT:  Could you turn with me then,
please, Ms. Jurisic, to page 3 of the plea agreement
where you'll see a section called Stipulation of Facts
beginning with paragraph 8, and it goes with
subparagraphs A through H all the way to page 5.  And
next to each of those paragraphs I see some blanks with
the initials A.J.  Are those your initials in each of
those places?

MR. NATHAN:  Your Honor, I apologize.  Mr. --
I'm sorry.  Miss Jurisic had asked me a question.  I just
wanted to -- may I . . .

THE COURT:  Yes, you may.

MR. NATHAN:  Thank you, Your Honor.

THE COURT:  You're welcome.  Back on track
here.  I was commenting on the initials that I saw next
to each of paragraphs A (sic) and subparagraphs A through
H that looked to me to be the initials A.J.  Are those
your initials in each of those places?

THE DEFENDANT:  Yes.

THE COURT:  And did you place your initials

1  there?

2  THE DEFENDANT: Yes.

3  THE COURT: Okay. Because it looks like they

4  might be typed, and it's, of course, okay if you did that

5  by -- on a computer screen or something. But did you

6  place those initials, whether it was by computer or

7  otherwise, in those places?

8  THE DEFENDANT: Yes. I put them there.

9  THE COURT: Okay. By placing your initials

10 there, did you intend to indicate that the information

11 contained in those subparagraphs is true and correct?

12 THE DEFENDANT: Yes.

13 THE COURT: In fact, throughout this plea

14 agreement, wherever I see paragraphs with blanks, I see

15 those same initials A.J. Are those your initials in each

16 of those places?

17 THE DEFENDANT: Yes.

18 THE COURT: Did you place your initials there

19 to indicate that you read, understood, and agreed to the

20 terms of each of those paragraphs?

21 THE DEFENDANT: Yes.

22 THE COURT: Mr. Morfitt, did I accurately

23 describe the elements of the charge?

24 MR. MORFITT: Yes, Your Honor.

25 THE COURT: Have I established an adequate

1  factual basis for the guilty plea?

2          MR. MORFITT:  You have, Your Honor.

3          THE COURT:  Mr. Nathan, do you think that

4  Ms. Jurisic understands the elements of the charge

5  against her?

6          MR. NATHAN:  Yes, Your Honor.

7          THE COURT:  Have I established an adequate

8  factual basis for the plea?

9          MR. NATHAN:  Yes, Your Honor.

10          THE COURT:  Have you had full access to the

11  government's discovery materials?

12          MR. NATHAN:  Yes, Your Honor.

13          THE COURT:  Do you believe they support a

14  factual basis for Ms. Jurisic's guilty plea?

15          MR. NATHAN:  Yes, Your Honor.

16          THE COURT:  Do you know of any possible defense

17  to the charges which you have not considered and

18  discussed with her?

19          MR. NATHAN:  No, Your Honor.

20          THE COURT:  At this point, Ms. Jurisic, I need

21  to visit with you about the penalties that apply in this

22  case.  I'm sure that's something you've talked to

23  Mr. Nathan about.  And I know it's covered by the plea

24  agreement, but I do want to make sure for the purposes of

25  our hearing today that you do understand what you're

1   facing.

2       Count 1 of the indictment is punishable by the

3   following maximum penalties:  First, not more than 5

4   years' imprisonment without the possibility of parole;

5   second, a fine of not more than $250,000; third, a

6   mandatory special assessment of $100; and, finally, a

7   term of supervised release of not more than 3 years.  Do

8   you understand the maximum penalties which may be imposed

9   in this case?

10          THE DEFENDANT:  Yes.

11          THE COURT:  At the time of your sentencing, the

12  judge will perform a calculation under the federal

13  sentencing guidelines that are issued by the United

14  States Sentencing Commission.  That calculation will

15  result in what's called an advisory guideline range.

16  That's simply a range of months within which the

17  commission suggests that the judge should sentence you

18  based on your crime and your background.  The judge has

19  to consider this advisory range in determining your

20  sentence, but the judge is not bound to sentence you

21  within that range.  The judge can give you more time or

22  less time, that is, depart upward or downward from the

23  advisory guideline range, based on factors listed in

24  those guidelines and the sentencing statutes.

25      So it's important for you to understand,

1   Ms. Jurisic, that the sentence ultimately imposed by the

2   judge in your case could be different from what those

3   guidelines suggest that it should be, and it could be

4   different from what Mr. Nathan may have estimated or

5   predicted that you would receive, and it could be all the

6   way up to the statutory maximum sentence which in this

7   case is 5 years' imprisonment without the possibility of

8   parole and a fine of $250,000.  Do you understand all

9   that?

10                  THE DEFENDANT:  Yes.

11                  THE COURT:  You should also understand that you

12  will be in custody for all of any prison sentence that

13  you receive reduced only by any credit that you might

14  earn for good behavior while you're in prison.  You can

15  earn some percentage off your sentence for good behavior,

16  but you won't be seeing a parole board or be paroled

17  early out of prison because there is no parole in the

18  federal court system.  Do you understand that?

19                  THE DEFENDANT:  Yes.

20                  THE COURT:  Are you a U.S. citizen?

21                  THE DEFENDANT:  Yes.

22                  THE COURT:  This is a felony offense, so as a

23  result of your conviction, you'll lose the right to vote,

24  to hold public office, to serve on a jury, and to possess

25  firearms and ammunition.  Do you understand the loss of

 1  citizenship rights --

 2          THE DEFENDANT:  Yes.

 3          THE COURT:  -- that would be associated with a

 4  felony conviction?

 5          THE DEFENDANT:  Yes.

 6          THE COURT:  I mentioned that after you've

 7  served your prison sentence you'll be placed on

 8  supervised release.  In this case it could be up to three

 9  years.  And during that time your conduct will be

10  monitored by a United States probation officer.

11      At the time of your sentencing, the judge will

12  impose certain conditions on your supervised release.

13  There are some standard conditions that apply in

14  everybody's case, things like you can't commit a federal,

15  state, or a local crime, and you can't possess or use

16  controlled substances.  The sentence judging will likely

17  impose some other conditions on you as well.

18      So it's important for you to understand,

19  Miss Jurisic, that while you're on supervised release,

20  you have to comply with all of the terms of the

21  supervised release because if you violate any of them,

22  the judge could revoke your supervised release and send

23  you back to prison for all of the time you would

24  otherwise be on supervised release.  And the judge

25  doesn't have to give you any credit for any time that you

1  might have served on supervised release without having

2  any violations.  Do you understand all that?

3        THE DEFENDANT:  Yes.

4        THE COURT:  As a result of this conviction and

5  your plea agreement, you'll be required to pay

6  restitution to any victims in this case.  Do you

7  understand that?

8        THE DEFENDANT:  Yes.

9        THE COURT:  Mr. Morfitt, are you aware of other

10  collateral consequences that could arise as a result of

11  Ms. Jurisic's guilty plea you'd like me to discuss with

12  her?

13        MR. MORFITT:  No, Your Honor.

14        THE COURT:  If you plead guilty here today,

15  Ms. Jurisic, I'm going to order a presentence

16  investigation.  A probation officer will conduct a

17  thorough investigation of this case and of your

18  background to draft the presentence investigation report.

19  It's my understanding that's taking about 70 days to

20  complete.

21      When you get a copy of it, it's important that you

22  go over it carefully with Mr. Nathan and that you point

23  out any errors or omissions that you notice so he can

24  bring those to the attention of the probation office and

25  get them corrected because when it comes time for your

1  sentencing, the judge will rely on that report in trying

2  to determine the most appropriate sentence for you.  So

3  it's in your interest to work closely with Mr. Nathan to

4  make sure it's accurate.

5       When that report's final, the court will schedule

6  your sentencing hearing, and at that sentencing hearing

7  both you and the government can present evidence, and

8  you'll be given a chance to talk directly to the judge.

9  And you can tell the judge anything you think is

10  important to consider in determining your sentence.

11       Do you have any questions about the sentencing

12  procedures that would follow a guilty plea in this case?

13            THE DEFENDANT:  No, Your Honor.

14            THE COURT:  Both you and the government have

15  the right to appeal the sentence to the Eighth Circuit

16  Court of Appeals.  Do you have any questions regarding

17  your right to appeal?

18            THE DEFENDANT:  No.

19            THE COURT:  Ms. Jurisic, if you plead guilty

20  and the district court judge accepts that guilty plea,

21  you'll have no right to withdraw that guilty plea later

22  even if you change your mind or even if you're unhappy

23  with the sentence ultimately imposed by the judge.  Do

24  you understand that?

25            THE DEFENDANT:  Yes.

          1          THE COURT:  Has anyone forced, pressured, or
          2  threatened you in any way to get you to plead guilty or
          3  made any promises to get you to plead guilty other than
          4  what's in the plea agreement?
          5          THE DEFENDANT:  No.
          6          THE COURT:  Mr. Nathan, do you believe a guilty
          7  plea in this case would be voluntary?
          8          MR. NATHAN:  Yes, Your Honor.
          9          THE COURT:  Do you know of any legal reason why
         10  the plea should not be accepted?
         11          MR. NATHAN:  No, Your Honor.
         12          THE COURT:  Do you know of anything the Court
         13  has omitted which could affect the validity of the plea?
         14          MR. NATHAN:  No, Your Honor.
         15          THE COURT:  Mr. Morfitt, do you know of
         16  anything the Court has omitted which could affect the
         17  validity of the plea?
         18          MR. MORFITT:  No, Your Honor.
         19          THE COURT:  Ms. Jurisic, we've certainly
         20  covered a lot of information here today, and I want to
         21  take just a moment to be sure that you understood it all
         22  so you don't come back next week or next month or next
         23  year and say that you didn't understand something or that
         24  somebody forced or pressured you to plead guilty.  Have
         25  you been able to understand everything we've talked

1  about?

2          THE DEFENDANT:  Yes.

3          THE COURT:  Do you have any questions about any

4  of it?

5          THE DEFENDANT:  No, Your Honor.

6          THE COURT:  Has anyone forced or pressured you

7  to plead guilty?

8          THE DEFENDANT:  No.

9          THE COURT:  Is your decision to plead guilty a

10  voluntary decision?

11          THE DEFENDANT:  Yes.

12          THE COURT:  Then formally and for the record,

13  how do you plead to Count 1 of the indictment which

14  charges you with the crime of theft of mail by postal

15  employee?  Guilty or not guilty?

16          THE DEFENDANT:  Guilty.

17          THE COURT:  The record will reflect that the

18  defendant has pleaded guilty to Count 1 of the

19  indictment.

20      I find that the defendant is competent, he fully

21  understand -- she fully understands the charges against

22  her, there's a factual basis for her plea, she knows the

23  maximum punishments that could be imposed on the charge,

24  and she knows her jury rights and has voluntarily waived

25  those rights.

1      I further find that the defendant's decision to

2 plead guilty was voluntary, knowing, and not the result

3 of any force, pressure, threats, or promises other than

4 the promises made by the government in the plea

5 agreement.

6      Therefore, I conclude the defendant should be found

7 guilty based on her plea of guilty.

8      I will sign and file a report and recommendation

9 recommending that the district court judge accept the

10 defendant's guilty plea.  The parties have 14 days from

11 the filing of that report to file objections to it.  If

12 no objection is made, then the district court judge may

13 accept my recommendation and the defendant's guilty plea

14 by simply entering a written order doing so.

15      I hereby order a presentence investigation.  The

16 court will schedule a sentencing hearing in this case for

17 a later date.

18      Ms. Jurisic, you'll remain on release pursuant to

19 the terms and conditions that are imposed.  Do you have

20 any questions about those terms and conditions?

21           THE DEFENDANT:  No, Your Honor.

22           THE COURT:  I'll just take this chance to

23 remind you that you can do yourself a lot of good between

24 now and the time of your sentencing by following those

25 terms and conditions.  Obviously I don't expect any

```
 1   problems, but I think it's good for you to know that by
 2   complying with those that will help you both in terms of,
 3   you know, what sentence you might receive and if you do
 4   have a prison sentence where you can expect to serve it
 5   and whether you will be entitled to self-surrender or
 6   not.  So good luck to you.
 7              THE DEFENDANT:  Thank you.
 8              THE COURT:  Is there anything further on behalf
 9   of the United States?
10              MR. MORFITT:  No, Your Honor.
11              THE COURT:  Mr. Nathan, anything further on
12   behalf of the defendant?
13              MR. NATHAN:  No, Your Honor.
14              THE COURT:  Thank you all.  That will conclude
15   our hearing.
16              THE DEFENDANT:  Thank you.
17              (The hearing was concluded at 1:51 p.m.)
18                          *  *  *  *
19    (This concludes the transcript of the audio recording.)
20                          CERTIFICATE
21         I certify that the foregoing is a correct
22   transcript to the best of my ability from the digital
23   recording of proceedings in the above-entitled matter.
24       S/Shelly Semmler              12-29-21
         Shelly Semmler, RDR, CRR         Date
25
```

## $

**$100** [1] - 17:6
**$250,000** [2] - 17:5, 18:8

## 1

**1** [11] - 2:14, 2:25, 10:5, 12:2, 12:6, 12:10, 12:12, 14:3, 17:2, 23:13, 23:18
**111** [2] - 1:10, 1:14
**12** [2] - 7:7, 7:15
**12-29-21** [1] - 25:24
**14** [2] - 1:11, 24:10
**1:30** [1] - 1:11
**1:51** [1] - 25:17

## 2

**2** [2] - 2:14, 13:25
**20-CR-1042** [1] - 2:6
**2017** [4] - 10:15, 10:21, 11:14, 11:20
**2021** [2] - 1:11, 11:25
**21** [1] - 3:12
**222** [1] - 1:17
**233-3846** [1] - 1:20
**290** [1] - 1:17

## 3

**3** [2] - 14:7, 17:7
**320** [1] - 1:19
**37** [1] - 5:3

## 5

**5** [3] - 14:10, 17:3, 18:7
**51101** [1] - 1:20
**52401** [2] - 1:15, 1:18

## 6

**6** [5] - 10:15, 10:20, 11:14, 11:20, 11:25

## 7

**70** [1] - 20:19
**712** [1] - 1:20

## 8

**8** [1] - 14:9

## A

**A.J** [3] - 14:12, 14:22, 15:15
**ability** [2] - 5:17, 25:22
**able** [2] - 13:16, 22:25

**above-entitled** [1] - 25:23
**abused** [1] - 5:14
**accept** [3] - 10:1, 24:9, 24:13
**accepted** [1] - 22:10
**accepts** [1] - 21:20
**access** [1] - 16:10
**account** [1] - 9:13
**accurate** [1] - 21:4
**accurately** [1] - 15:22
**adequate** [2] - 15:25, 16:7
**administer** [1] - 3:20
**admitted** [3] - 7:12, 12:10, 12:12
**advisory** [3] - 17:15, 17:19, 17:23
**affect** [3] - 5:17, 22:13, 22:16
**afford** [2] - 8:23, 8:25
**afternoon** [1] - 2:25
**agree** [2] - 7:16, 14:2
**agreeable** [1] - 3:9
**agreed** [2] - 13:2, 15:19
**agreement** [15] - 11:24, 12:15, 12:18, 12:23, 13:3, 13:8, 13:13, 13:20, 13:24, 14:7, 15:14, 16:24, 20:5, 22:4, 24:5
**alcohol** [2] - 5:14, 5:17
**allowed** [1] - 14:3
**alone** [1] - 8:1
**AMERICA** [1] - 1:3
**AmeriQuest** [2] - 11:1, 11:7
**ammunition** [1] - 18:25
**amount** [1] - 13:8
**Amy** [1] - 2:5
**amy** [1] - 5:1
**AMY** [2] - 1:6, 3:21
**answer** [2] - 4:5, 13:16
**answers** [1] - 3:17
**ANTHONY** [1] - 1:13
**anxiety** [1] - 5:11
**apologize** [1] - 14:14
**appeal** [2] - 21:15, 21:17
**Appeals** [1] - 21:16
**APPEARANCES** [1] - 1:12
**apply** [2] - 16:21, 19:13
**appointed** [1] - 6:22
**appropriate** [1] - 21:2
**approved** [1] - 13:25
**arise** [1] - 20:10
**arriving** [1] - 9:15
**assessment** [1] - 17:6
**assigned** [1] - 3:5
**Assistant** [3] - 1:14, 1:16, 2:6
**associated** [1] - 19:3
**attention** [1] - 20:24
**attorney** [2] - 2:8, 7:1

**Attorney** [2] - 1:14, 2:7
**audio** [2] - 2:2, 25:19
**Avenue** [3] - 1:10, 1:14, 1:17
**aware** [1] - 20:9

## B

**background** [2] - 17:18, 20:18
**based** [6] - 7:11, 7:12, 9:20, 17:18, 17:23, 24:7
**basis** [4] - 16:1, 16:8, 16:14, 23:22
**beginning** [1] - 14:9
**behalf** [2] - 25:8, 25:12
**behavior** [2] - 18:14, 18:15
**best** [1] - 25:22
**between** [1] - 24:23
**beyond** [2] - 7:24, 10:6
**bit** [1] - 4:12
**blanks** [2] - 14:11, 15:14
**board** [1] - 18:16
**bound** [1] - 17:20
**bring** [1] - 20:24
**burden** [1] - 8:17

## C

**calculation** [2] - 17:12, 17:14
**carefully** [1] - 20:22
**Caroline** [1] - 5:1
**case** [21] - 2:4, 3:4, 6:22, 7:11, 7:20, 8:5, 8:17, 8:19, 11:24, 16:22, 17:9, 18:2, 18:7, 19:8, 19:14, 20:6, 20:17, 21:12, 22:7, 24:16
**Cedar** [3] - 1:10, 1:15, 1:18
**certain** [1] - 19:12
**certainly** [1] - 22:19
**CERTIFICATE** [1] - 25:20
**certify** [1] - 25:21
**challenge** [1] - 8:10
**chance** [2] - 21:8, 24:22
**change** [2] - 2:9, 21:22
**charge** [6] - 3:24, 4:8, 14:2, 15:23, 16:4, 23:23
**charged** [3] - 2:13, 10:2, 10:5
**charges** [10] - 2:15, 2:22, 6:17, 6:24, 7:22, 8:13, 9:5, 16:17, 23:14, 23:21
**check** [2] - 11:13, 11:20
**chose** [1] - 9:10
**Chris** [1] - 2:8
**CHRISTOPHER** [1] - 1:16
**Circuit** [1] - 21:15
**citizen** [1] - 18:20
**citizenship** [1] - 19:1

**City** [1] - 1:20
**closely** [1] - 21:3
**closer** [1] - 2:19
**collateral** [1] - 20:10
**college** [1] - 5:6
**commencing** [1] - 1:11
**commenting** [1] - 14:20
**Commission** [1] - 17:14
**commission** [1] - 17:17
**commit** [1] - 19:14
**community** [1] - 7:8
**competent** [2] - 6:11, 23:20
**complete** [1] - 20:20
**comply** [1] - 19:20
**complying** [1] - 25:2
**computer** [2] - 15:5, 15:6
**conclude** [2] - 24:6, 25:14
**concluded** [1] - 25:17
**concludes** [1] - 25:19
**conclusion** [1] - 4:14
**condition** [1] - 5:21
**conditions** [6] - 19:12, 19:13, 19:17, 24:19, 24:20, 24:25
**conduct** [2] - 19:9, 20:16
**confront** [2] - 8:8, 8:13
**confrontation** [1] - 8:5
**consent** [3] - 3:8, 3:13, 3:15
**consequences** [1] - 20:10
**consider** [2] - 17:19, 21:10
**considered** [1] - 16:17
**contained** [1] - 15:11
**contents** [2] - 11:13, 11:19
**continue** [1] - 6:24
**controlled** [1] - 19:16
**conversations** [1] - 13:6
**convert** [2] - 11:14, 11:21
**conveyed** [2] - 11:2, 11:8
**convicted** [1] - 4:1
**conviction** [3] - 18:23, 19:4, 20:4
**copy** [3] - 2:16, 12:14, 20:21
**correct** [5] - 3:1, 4:15, 4:16, 15:11, 25:21
**corrected** [1] - 20:25
**correctly** [1] - 2:11
**Count** [7] - 2:25, 10:5, 13:25, 14:3, 17:2, 23:13, 23:18
**Country** [2] - 11:1, 11:8
**counts** [1] - 2:14
**Counts** [1] - 2:14
**course** [1] - 15:4
**COURT** [91] - 1:1, 2:4, 2:13, 2:18, 2:21, 2:24, 3:3, 3:11, 3:22, 4:5, 4:11, 4:17, 5:2, 5:4, 5:7, 5:10, 5:13, 5:16, 5:20, 5:23, 6:1, 6:6, 6:13,

6:20, 7:3, 7:6, 7:19, 8:4,
8:16, 9:7, 9:18, 9:25, 10:18,
10:23, 11:5, 11:11, 11:18,
11:23, 12:8, 12:10, 12:14,
12:17, 12:23, 13:1, 13:5,
13:11, 13:15, 13:19, 13:23,
14:6, 14:17, 14:19, 14:25,
15:3, 15:9, 15:13, 15:18,
15:22, 15:25, 16:3, 16:7,
16:10, 16:13, 16:16, 16:20,
17:11, 18:11, 18:20, 18:22,
19:3, 19:6, 20:4, 20:9, 20:14,
21:14, 21:19, 22:1, 22:6,
22:9, 22:12, 22:15, 22:19,
23:3, 23:6, 23:9, 23:12,
23:17, 24:22, 25:8, 25:11,
25:14
  **court** [11] - 3:6, 8:7, 10:1,
14:1, 18:18, 21:5, 21:20,
24:9, 24:12, 24:16
  **Court** [7] - 1:10, 2:5, 3:5,
6:22, 21:16, 22:12, 22:16
  **Court's** [1] - 3:12
  **Courthouse** [1] - 1:10
  **courthouse** [1] - 9:1
  **covered** [2] - 16:23, 22:20
  **CR20-1042-CJW** [1] - 1:5
  **credit** [2] - 18:13, 19:25
  **crime** [4] - 2:15, 17:18,
19:15, 23:14
  **crimes** [1] - 3:24
  **criminal** [1] - 8:17
  **cross** [2] - 7:8, 8:11
  **cross-examine** [1] - 8:11
  **cross-section** [1] - 7:8
  **CRR** [2] - 1:19, 25:22
  **custody** [1] - 18:12

### D

  **date** [1] - 24:17
  **Date** [1] - 25:24
  **dated** [2] - 11:13, 11:20
  **days** [2] - 20:19, 24:10
  **decision** [3] - 23:9, 23:10,
24:1
  **Defendant** [2] - 1:7, 1:16
  **defendant** [5] - 2:7, 23:18,
23:20, 24:6, 25:12
  **DEFENDANT** [69] - 2:12,
2:17, 2:20, 2:23, 3:2, 3:10,
3:21, 4:4, 4:10, 5:1, 5:3, 5:6,
5:9, 5:12, 5:15, 5:19, 5:22,
5:25, 6:5, 6:19, 7:2, 7:5,
7:18, 8:3, 8:15, 9:6, 9:17,
9:24, 10:17, 10:22, 11:4,
11:10, 11:17, 11:22, 12:16,
12:22, 12:25, 13:4, 13:10,
13:14, 13:18, 13:22, 14:5,
14:24, 15:2, 15:8, 15:12,

15:17, 15:21, 17:10, 18:10,
18:19, 18:21, 19:2, 19:5,
20:3, 20:8, 21:13, 21:18,
21:25, 22:5, 23:2, 23:5, 23:8,
23:11, 23:16, 24:21, 25:7,
25:16
  **defendant's** [3] - 24:1,
24:10, 24:13
  **Defender** [1] - 1:16
  **defense** [4] - 8:17, 8:21,
9:5, 16:16
  **deliberated** [1] - 9:21
  **depart** [1] - 17:22
  **depression** [1] - 5:11
  **describe** [1] - 15:23
  **designed** [1] - 4:22
  **detail** [2] - 2:22, 13:8
  **detention** [1] - 4:13
  **determine** [1] - 21:2
  **determining** [1] - 17:19,
21:10
  **different** [2] - 18:2, 18:4
  **difficulty** [2] - 5:7, 5:24
  **digital** [2] - 1:19, 25:22
  **directly** [1] - 21:8
  **discovery** [1] - 16:11
  **discuss** [2] - 2:22, 9:14,
13:8, 20:11
  **discussed** [1] - 16:18
  **dismissal** [2] - 13:25, 14:2
  **DISTRICT** [2] - 1:1, 1:1
  **district** [7] - 3:6, 10:1, 14:1,
21:20, 24:9, 24:12
  **District** [2] - 1:10, 3:5
  **DIVISION** [1] - 1:2
  **document** [1] - 3:12
  **doubt** [2] - 7:24, 10:7
  **downward** [1] - 17:22
  **draft** [1] - 20:18
  **drug** [1] - 5:16
  **drugs** [2] - 5:13, 5:21
  **DUBUQUE** [1] - 1:2
  **during** [3] - 3:16, 6:21, 19:9

### E

  **early** [1] - 18:17
  **earn** [2] - 18:14, 18:15
  **EASTERN** [1] - 1:2
  **Eighth** [1] - 21:15
  **elements** [2] - 15:23, 16:4
  **employee** [5] - 2:16, 10:5,
10:13, 10:19, 23:15
  **English** [1] - 5:8
  **enter** [2] - 4:24, 6:11
  **entered** [2] - 11:23, 13:21
  **entering** [1] - 24:14
  **entirety** [1] - 12:24
  **entitled** [2] - 25:5, 25:23

  **envelope** [6] - 11:1, 11:7,
11:12, 11:13, 11:19
  **errors** [1] - 20:23
  **ESQ** [2] - 1:13, 1:16
  **established** [2] - 15:25,
16:7
  **estimated** [1] - 18:4
  **evidence** [6] - 7:12, 7:23,
8:20, 8:23, 12:2, 21:7
  **examine** [1] - 8:11
  **example** [1] - 8:22
  **excused** [1] - 4:18
  **Exhibit** [4] - 12:1, 12:6,
12:10, 12:12
  **exhibits** [1] - 8:23
  **expect** [2] - 24:25, 25:4
  **expense** [1] - 6:25
  **expenses** [1] - 9:1

### F

  **facing** [1] - 17:1
  **fact** [5] - 7:24, 9:14, 10:2,
10:8, 15:13
  **factors** [1] - 17:23
  **Facts** [1] - 14:8
  **factual** [4] - 16:1, 16:8,
16:14, 23:22
  **fairly** [1] - 7:11
  **false** [3] - 3:23, 3:25, 4:7
  **far** [1] - 5:4
  **federal** [3] - 17:12, 18:18,
19:14
  **Federal** [2] - 1:10, 1:16
  **felony** [2] - 18:22, 19:4
  **few** [1] - 4:21
  **fight** [1] - 6:24
  **file** [3] - 3:12, 24:8, 24:11
  **filing** [1] - 14:11
  **final** [1] - 21:5
  **finally** [3] - 9:7, 11:11, 17:6
  **fine** [2] - 17:5, 18:8
  **fined** [1] - 4:2
  **firearms** [1] - 18:25
  **first** [8] - 2:10, 4:21, 6:16,
10:9, 10:12, 10:16, 12:17,
17:3
  **follow** [1] - 21:12
  **following** [3] - 2:1, 17:3,
24:24
  **FOR** [1] - 1:1
  **force** [1] - 24:3
  **forced** [2] - 22:1, 22:24,
23:6
  **foregoing** [1] - 25:21
  **form** [1] - 11:25
  **formally** [1] - 23:12
  **forward** [1] - 6:17
  **frankly** [1] - 9:13

  **front** [1] - 12:15
  **full** [3] - 2:21, 4:25, 16:10
  **fully** [2] - 23:20, 23:21

### G

  **generally** [1] - 7:3
  **gentlemen** [1] - 4:20
  **given** [2] - 7:12, 21:8
  **glad** [1] - 4:17
  **Government** [2] - 12:6,
12:12
  **government** [18] - 3:24,
4:7, 4:13, 7:23, 8:6, 8:18,
9:1, 10:6, 10:12, 10:16,
10:23, 11:3, 11:11, 11:15,
13:21, 21:7, 21:14, 24:4
  **government's** [2] - 8:9,
16:11
  **Government's** [2] - 12:1,
12:10
  **guideline** [2] - 17:15, 17:23
  **guidelines** [3] - 17:13,
17:24, 18:3
  **guilt** [1] - 7:24
  **guilty** [39] - 2:25, 3:7, 4:24,
6:11, 6:15, 6:16, 8:2, 8:12,
9:3, 9:19, 9:20, 9:22, 10:1,
10:2, 10:4, 14:3, 16:1, 16:14,
20:11, 20:14, 21:12, 21:19,
21:20, 21:21, 22:2, 22:3,
22:6, 22:24, 23:7, 23:9,
23:15, 23:16, 23:18, 24:2,
24:7, 24:10, 24:13

### H

  **hand** [1] - 3:20
  **hearing** [13] - 3:8, 3:9, 3:16,
4:14, 4:18, 4:19, 16:25, 21:6,
24:16, 25:15, 25:17
  **held** [1] - 1:9
  **help** [2] - 6:21, 25:2
  **hereby** [1] - 24:15
  **hold** [1] - 18:24
  **Honor** [30] - 2:20, 2:23, 3:2,
3:10, 4:4, 4:10, 4:16, 6:12,
12:4, 12:9, 12:22, 14:14,
14:18, 15:24, 16:2, 16:6,
16:9, 16:12, 16:15, 16:19,
20:13, 21:13, 22:8, 22:11,
22:14, 22:18, 23:5, 24:21,
25:10, 25:13
  **Honorable** [1] - 1:9
  **hurry** [1] - 6:6

### I

  **IA** [3] - 1:15, 1:18, 1:20
  **illegal** [1] - 5:13

**illness** [1] - 5:11
**important** [6] - 4:5, 6:1, 17:25, 19:18, 20:21, 21:10
**impose** [2] - 19:12, 19:17
**imposed** [5] - 17:8, 18:1, 21:23, 23:23, 24:19
**imprisonment** [3] - 4:2, 17:4, 18:7
**IN** [1] - 1:1
**indicate** [3] - 13:2, 15:10, 15:19
**indictment** [10] - 2:14, 2:16, 2:25, 10:3, 10:5, 10:14, 10:20, 17:2, 23:13, 23:19
**information** [2] - 15:10, 22:20
**initials** [11] - 14:12, 14:20, 14:22, 14:23, 14:25, 15:6, 15:9, 15:15, 15:18
**innocence** [3] - 7:20, 7:22, 8:1
**innocent** [1] - 7:21
**instruct** [1] - 9:12
**intend** [4] - 2:24, 4:13, 13:1, 15:10
**intended** [2] - 11:2, 11:8
**intent** [2] - 11:14, 11:20
**interest** [1] - 21:3
**investigation** [4] - 20:16, 20:17, 20:18, 24:15
**IOWA** [1] - 1:1
**Iowa** [2] - 1:10, 1:11
**issued** [1] - 17:13

**J**

**judge** [26] - 3:4, 3:5, 3:6, 3:13, 7:13, 7:21, 7:25, 9:12, 14:1, 17:12, 17:17, 17:18, 17:20, 17:21, 18:2, 19:11, 19:22, 19:24, 21:1, 21:8, 21:9, 21:20, 21:23, 24:9, 24:12
**Judge** [1] - 1:9
**judging** [1] - 19:16
**June** [5] - 1:11, 10:15, 10:20, 11:14, 11:20
**Jurisic** [24] - 2:5, 2:10, 3:14, 3:15, 4:14, 4:22, 5:1, 5:2, 6:11, 6:14, 8:12, 9:3, 9:18, 12:14, 14:7, 14:15, 16:4, 16:20, 18:1, 19:19, 20:15, 21:19, 22:19, 24:18
**JURISIC** [2] - 1:6, 3:21
**Jurisic's** [2] - 16:14, 20:11
**jurors** [2] - 7:10, 9:12
**jury** [11] - 7:7, 7:10, 7:14, 7:15, 7:17, 7:21, 7:25, 9:12, 9:21, 18:24, 23:24

**K**

**knowing** [1] - 24:2
**knowingly** [2] - 3:23, 4:24
**knows** [2] - 23:22, 23:24

**L**

**language** [1] - 5:8
**last** [1] - 12:18
**law** [1] - 7:12
**lawyer** [1] - 6:21
**legal** [1] - 22:9
**less** [1] - 17:22
**letter** [1] - 11:25
**lie** [2] - 3:23, 4:6
**likely** [1] - 19:16
**line** [1] - 12:20
**listed** [1] - 17:23
**local** [1] - 19:15
**looked** [1] - 14:22
**looks** [1] - 15:3
**lose** [1] - 18:23
**loss** [1] - 18:25
**luck** [1] - 25:6

**M**

**Magistrate** [1] - 1:9
**magistrate** [2] - 3:4, 3:13
**mail** [5] - 2:15, 10:4, 10:25, 11:2, 11:7, 11:8, 23:14
**mandatory** [1] - 17:6
**Mark** [1] - 1:9
**marked** [1] - 12:1
**marshals** [1] - 4:17
**materials** [1] - 16:11
**matter** [2] - 2:9, 25:23
**maximum** [4] - 17:3, 17:8, 18:6, 23:23
**means** [3] - 7:15, 7:20, 8:5
**medications** [1] - 5:20
**mental** [4] - 4:23, 5:11, 5:21
**mentioned** [1] - 19:6
**met** [1] - 13:15
**microphone** [1] - 2:18
**might** [7] - 5:17, 5:24, 6:8, 15:4, 18:13, 20:1, 25:3
**mind** [1] - 21:22
**Miss** [2] - 14:15, 19:19
**moment** [1] - 22:21
**monitored** [1] - 19:10
**month** [1] - 22:22
**months** [1] - 17:16
**Morfitt** [7] - 2:7, 4:11, 12:1, 12:2, 15:22, 20:9, 22:15
**MORFITT** [8] - 1:13, 4:16, 12:4, 15:24, 16:2, 20:13, 22:18, 25:10

**most** [1] - 21:2
**MR** [20] - 4:16, 6:12, 12:4, 12:9, 14:14, 14:18, 15:24, 16:2, 16:6, 16:9, 16:12, 16:15, 16:19, 20:13, 22:8, 22:11, 22:14, 22:18, 25:10, 25:13

**N**

**name** [2] - 4:25, 12:19
**namely** [2] - 10:15, 10:20
**NATHAN** [14] - 1:16, 6:12, 12:9, 14:14, 14:18, 16:6, 16:9, 16:12, 16:15, 16:19, 22:8, 22:11, 22:14, 25:13
**Nathan** [20] - 2:8, 2:22, 3:14, 6:7, 6:10, 6:22, 7:4, 7:9, 8:11, 11:25, 12:8, 13:7, 13:9, 16:3, 16:23, 18:4, 20:22, 21:3, 22:6, 25:11
**need** [5] - 3:3, 3:16, 6:13, 10:1, 16:20
**never** [1] - 8:18
**next** [5] - 14:11, 14:20, 22:22
**nobody** [1] - 9:9
**NORTHERN** [1] - 1:1
**Northern** [1] - 1:10
**notice** [1] - 20:23
**Number** [1] - 2:5
**number** [1] - 3:12

**O**

**oath** [4] - 3:18, 3:20, 3:22, 7:11
**objection** [2] - 12:8, 24:12
**objections** [1] - 24:11
**obviously** [1] - 24:25
**OF** [3] - 1:1, 1:3, 1:6
**offense** [1] - 18:22
**offenses** [2] - 4:1, 4:8
**offer** [1] - 8:22
**offered** [2] - 12:2, 12:6
**office** [2] - 18:24, 20:24
**officer** [2] - 19:10, 20:16
**old** [1] - 5:2
**omissions** [1] - 20:23
**omitted** [2] - 22:13, 22:16
**one** [2] - 8:17, 10:9
**open** [1] - 8:6
**opportunity** [1] - 2:21
**order** [4] - 4:12, 20:15, 24:14, 24:15
**otherwise** [2] - 15:7, 19:24
**overcome** [1] - 7:23
**own** [2] - 11:14, 11:21

**P**

**p.m** [2] - 1:11, 25:17
**page** [3] - 12:18, 14:7, 14:10
**paragraph** [1] - 14:9
**paragraphs** [4] - 14:11, 14:21, 15:14, 15:20
**parole** [4] - 17:4, 18:8, 18:16, 18:17
**paroled** [1] - 18:16
**parties** [2] - 11:23, 24:10
**pay** [2] - 9:1, 20:5
**penalties** [3] - 16:21, 17:3, 17:8
**people** [3] - 7:7, 7:9, 7:15
**percentage** [1] - 18:15
**perform** [1] - 17:12
**period** [1] - 4:2
**perjury** [1] - 3:25
**person** [1] - 2:8
**physical** [1] - 5:21
**place** [3] - 14:25, 15:6, 15:18
**placed** [1] - 19:7
**places** [4] - 14:13, 14:23, 15:7, 15:16
**placing** [1] - 15:9
**Plaintiff** [2] - 1:4, 1:13
**plea** [37] - 2:9, 3:7, 4:24, 6:11, 9:20, 10:1, 11:24, 12:15, 12:18, 12:23, 13:3, 13:8, 13:12, 13:20, 13:24, 14:3, 14:7, 15:13, 16:1, 16:8, 16:14, 16:23, 20:5, 20:11, 21:12, 21:20, 21:21, 22:4, 22:7, 22:10, 22:13, 22:17, 23:22, 24:4, 24:7, 24:10, 24:13
**PLEA** [1] - 1:6
**Plea** [1] - 1:9
**plead** [15] - 2:25, 6:15, 6:16, 8:11, 9:3, 9:19, 20:14, 21:19, 22:2, 22:3, 22:24, 23:7, 23:9, 23:13, 24:2
**pleaded** [1] - 23:18
**plenty** [1] - 13:12
**point** [3] - 3:18, 16:20, 20:22
**position** [2] - 10:24, 11:5
**possess** [2] - 18:24, 19:15
**possession** [2] - 10:25, 11:6
**possibility** [2] - 17:4, 18:7
**possible** [1] - 16:16
**Postal** [4] - 10:14, 10:19, 10:25, 11:6
**postal** [3] - 2:15, 10:5, 23:14
**predicted** [1] - 18:5

**prefer** [1] - 6:18
**prepared** [1] - 2:1
**prescription** [1] - 5:21
**present** [5] - 8:16, 8:20, 8:21, 9:4, 21:7
**presentence** [3] - 20:15, 20:18, 24:15
**preside** [4] - 3:6, 3:7, 3:9, 3:15
**pressure** [1] - 24:3
**pressured** [3] - 22:1, 22:24, 23:6
**presumed** [1] - 7:21
**presumption** [3] - 7:19, 7:22, 7:25
**prison** [6] - 18:12, 18:14, 18:17, 19:7, 19:23, 25:4
**privately** [1] - 6:9
**probation** [3] - 19:10, 20:16, 20:24
**problems** [1] - 25:1
**procedures** [1] - 21:12
**proceed** [1] - 3:13
**proceeding** [1] - 3:7
**proceedings** [3] - 5:18, 5:24, 25:23
**produced** [1] - 7:23
**promises** [3] - 22:3, 24:3, 24:4
**proof** [1] - 8:18
**prosecutor** [1] - 9:11
**prove** [7] - 10:6, 10:13, 10:16, 10:24, 11:3, 11:12, 11:16
**proved** [1] - 7:24
**provided** [1] - 7:4
**public** [2] - 7:7, 18:24
**pull** [1] - 2:18
**punishable** [1] - 17:2
**punishments** [1] - 23:23
**purposes** [1] - 16:24
**pursuant** [1] - 24:18
**put** [1] - 15:8

### Q

**questions** [13] - 3:17, 3:18, 4:6, 4:21, 6:8, 13:12, 13:16, 13:20, 21:11, 21:16, 23:3, 24:20

### R

**raise** [1] - 3:19
**range** [5] - 17:15, 17:16, 17:19, 17:21, 17:23
**Rapids** [3] - 1:11, 1:15, 1:18
**RDR** [2] - 1:19, 25:24
**read** [5] - 10:8, 10:9, 10:11,

13:2, 15:19
**reading** [1] - 5:7
**really** [1] - 4:22
**reason** [3] - 5:23, 6:10, 22:9
**reasonable** [2] - 7:24, 10:7
**receive** [3] - 18:5, 18:13, 25:3
**received** [1] - 2:16
**recommend** [1] - 9:25
**recommendation** [2] - 24:8, 24:13
**recommending** [1] - 24:9
**record** [3] - 3:11, 23:12, 23:17
**recording** [4] - 1:19, 2:2, 25:19, 25:23
**reduced** [1] - 18:13
**reflect** [2] - 3:11, 23:17
**regarding** [1] - 21:16
**release** [9] - 17:7, 19:8, 19:12, 19:19, 19:21, 19:22, 19:24, 20:1, 24:18
**rely** [1] - 21:1
**remain** [2] - 9:8, 24:18
**remainder** [1] - 4:19
**remind** [1] - 24:23
**removed** [2] - 11:12, 11:19
**report** [4] - 20:18, 21:1, 24:8, 24:11
**report's** [1] - 21:5
**represent** [3] - 6:21, 6:23, 6:24
**represented** [1] - 2:16
**required** [1] - 20:5
**restitution** [1] - 20:6
**result** [5] - 17:15, 18:23, 20:4, 20:10, 24:2
**returned** [1] - 9:22
**review** [1] - 12:23
**revoke** [1] - 19:22
**rights** [4] - 6:14, 19:1, 23:24, 23:25
**Roberts** [1] - 1:9
**role** [1] - 7:9

### S

**s/Shelly** [1] - 25:24
**satisfaction** [1] - 13:17
**satisfied** [2] - 7:3, 10:2
**saw** [1] - 14:20
**schedule** [2] - 21:5, 24:16
**school** [1] - 5:5
**screen** [1] - 15:5
**seated** [2] - 2:4, 3:23
**second** [2] - 11:3, 17:5
**secondly** [1] - 10:23
**section** [2] - 7:8, 14:8
**see** [8] - 8:7, 8:8, 12:18,

12:20, 14:8, 14:11, 15:14
**seeing** [1] - 18:16
**seek** [1] - 4:13
**selected** [1] - 7:8
**selecting** [1] - 7:9
**self** [1] - 25:5
**self-surrender** [1] - 25:5
**Semmler** [3] - 1:19, 25:24, 25:24
**send** [1] - 19:22
**sent** [2] - 11:1, 11:7
**sentence** [15] - 17:17, 17:20, 18:1, 18:6, 18:12, 18:15, 19:7, 19:16, 21:2, 21:10, 21:15, 21:23, 25:3, 25:4
**sentenced** [1] - 4:1
**sentencing** [10] - 17:11, 17:13, 17:24, 19:11, 21:1, 21:6, 21:11, 24:16, 24:24
**Sentencing** [1] - 17:14
**serve** [3] - 7:10, 18:24, 25:4
**served** [3] - 8:24, 19:7, 20:1
**Service** [4] - 10:14, 10:19, 10:25, 11:6
**services** [1] - 7:4
**Seventh** [2] - 1:10, 1:14
**Shelly** [2] - 1:19, 25:24
**shift** [1] - 8:19
**sic** [1] - 14:21
**sign** [1] - 24:8
**signature** [2] - 12:20, 12:21
**signed** [3] - 3:14, 12:24, 13:9
**signing** [1] - 13:1
**silent** [1] - 9:8
**simply** [2] - 17:16, 24:14
**Sioux** [1] - 1:20
**sit** [1] - 13:19
**Sixth** [1] - 1:19
**sorry** [1] - 14:15
**Southeast** [3] - 1:10, 1:14, 1:17
**special** [1] - 17:6
**specifically** [4] - 10:25, 11:7, 11:13, 11:20
**speedy** [1] - 7:7
**stage** [1] - 6:21
**stand** [1] - 3:19
**standard** [1] - 19:13
**state** [3] - 4:23, 4:25, 19:15
**statement** [4] - 3:23, 3:25, 4:7, 4:8
**STATES** [2] - 1:1, 1:3
**States** [14] - 1:9, 1:14, 2:5, 2:6, 2:7, 3:4, 3:5, 10:13, 10:19, 10:24, 11:6, 17:14, 19:10, 25:9
**statutes** [1] - 17:24

**statutory** [1] - 18:6
**Stipulation** [1] - 14:8
**stop** [2] - 6:4, 6:7
**Street** [1] - 1:19
**subparagraphs** [3] - 14:10, 14:21, 15:11
**subpoenas** [1] - 8:24
**substance** [1] - 13:6
**substances** [1] - 19:16
**suffered** [1] - 5:10
**sufficient** [1] - 13:7
**suggest** [1] - 18:3
**suggests** [1] - 17:17
**Suite** [1] - 1:17
**summary** [1] - 9:18
**supervised** [8] - 17:7, 19:8, 19:12, 19:19, 19:21, 19:22, 19:24, 20:1
**support** [1] - 16:13
**surrender** [1] - 25:5
**swear** [1] - 7:10
**SWORN** [1] - 3:21
**system** [1] - 18:18

### T

**TAKING** [1] - 1:6
**term** [1] - 17:7
**terms** [7] - 13:3, 15:20, 19:20, 24:19, 24:20, 24:25, 25:2
**testify** [5] - 9:8, 9:9, 9:10, 9:15
**testimony** [1] - 8:10
**THE** [160] - 1:1, 1:1, 2:4, 2:12, 2:13, 2:17, 2:18, 2:20, 2:21, 2:23, 2:24, 3:2, 3:3, 3:10, 3:11, 3:22, 4:4, 4:5, 4:10, 4:11, 4:17, 5:1, 5:2, 5:3, 5:4, 5:6, 5:7, 5:9, 5:10, 5:12, 5:13, 5:15, 5:16, 5:19, 5:20, 5:22, 5:23, 5:25, 6:1, 6:5, 6:6, 6:13, 6:19, 6:20, 7:2, 7:3, 7:5, 7:6, 7:18, 7:19, 8:3, 8:4, 8:15, 8:16, 9:6, 9:7, 9:17, 9:18, 9:24, 9:25, 10:17, 10:18, 10:22, 10:23, 11:4, 11:5, 11:10, 11:11, 11:17, 11:18, 11:22, 11:23, 12:8, 12:10, 12:14, 12:16, 12:17, 12:22, 12:23, 12:25, 13:1, 13:4, 13:5, 13:10, 13:11, 13:14, 13:15, 13:18, 13:19, 13:22, 13:23, 14:5, 14:6, 14:17, 14:19, 14:24, 14:25, 15:2, 15:3, 15:8, 15:9, 15:12, 15:13, 15:17, 15:18, 15:21, 15:22, 15:25, 16:3, 16:7, 16:10, 16:13, 16:16, 16:20, 17:10, 17:11, 18:10, 18:11,

18:19, 18:20, 18:21, 18:22, 19:2, 19:3, 19:5, 19:6, 20:3, 20:4, 20:8, 20:9, 20:14, 21:13, 21:14, 21:18, 21:19, 21:25, 22:1, 22:5, 22:6, 22:9, 22:12, 22:15, 22:19, 23:2, 23:3, 23:5, 23:6, 23:8, 23:9, 23:11, 23:12, 23:16, 23:17, 24:21, 24:22, 25:7, 25:8, 25:11, 25:14, 25:16

**theft** [3] - 2:15, 10:4, 23:14
**themselves** [1] - 9:14
**therefore** [1] - 24:6
**Third** [1] - 1:17
**third** [2] - 11:15, 17:5
**thorough** [1] - 20:17
**threatened** [1] - 22:2
**threats** [1] - 24:3
**three** [3] - 10:6, 10:7, 19:8
**throughout** [1] - 15:13
**today** [16] - 3:16, 4:7, 4:14, 4:18, 4:23, 5:18, 6:2, 6:15, 6:16, 8:12, 9:4, 9:19, 13:19, 16:25, 20:14, 22:20
**Tony** [1] - 2:7
**took** [2] - 11:12, 11:18
**top** [1] - 12:20
**track** [1] - 14:19
**Transcribed** [1] - 1:19
**TRANSCRIPT** [1] - 1:6
**transcript** [3] - 2:1, 25:19, 25:22
**travel** [1] - 8:25
**trial** [13] - 6:17, 6:23, 6:25, 7:7, 7:12, 7:17, 7:20, 7:25, 8:5, 8:19, 9:8, 9:19, 9:21
**Truck** [2] - 11:1, 11:8
**true** [6] - 10:11, 10:18, 11:5, 11:9, 11:18, 15:11
**truthfully** [1] - 4:6
**try** [1] - 7:11
**trying** [1] - 21:1
**turn** [3] - 12:17, 13:23, 14:6
**twice** [1] - 10:9
**two** [1] - 2:14
**typed** [2] - 12:19, 15:4

## U

**U.S** [1] - 18:20
**ultimately** [2] - 18:1, 21:23
**unanimous** [1] - 7:14
**under** [4] - 3:18, 3:22, 7:11, 17:12
**understood** [3] - 13:2, 15:19, 22:21
**unhappy** [1] - 21:22
**UNITED** [2] - 1:1, 1:3
**United** [14] - 1:9, 1:14, 2:5, 2:6, 2:7, 3:4, 3:5, 10:13,

10:19, 10:24, 11:6, 17:13, 19:10, 25:9
**up** [5] - 6:14, 8:12, 9:4, 18:6, 19:8
**upward** [1] - 17:22

## V

**validity** [1] - 22:13, 22:17
**verdict** [4] - 7:14, 7:16, 9:15, 9:22
**versus** [1] - 2:5
**victims** [1] - 20:6
**violate** [1] - 19:21
**violations** [1] - 20:2
**visit** [3] - 6:7, 6:9, 16:21
**voluntarily** [2] - 4:23, 23:24
**voluntary** [4] - 3:8, 22:7, 23:10, 24:2
**vote** [1] - 18:23
**vs** [1] - 1:5

## W

**waived** [1] - 23:24
**week** [1] - 22:22
**welcome** [1] - 14:19
**whatsoever** [1] - 13:20
**withdraw** [2] - 14:3, 21:21
**witnesses** [7] - 8:6, 8:7, 8:9, 8:13, 8:22, 8:24, 8:25
**written** [2] - 3:12, 24:14

## Y

**year** [1] - 22:23
**years** [2] - 17:7, 19:9
**years'** [2] - 17:4, 18:7
**yourself** [1] - 24:23