# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3987

United States of America

Appellee

v.

Amy Jurisic

Appellant

---

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(2:20-cr-01042-CJW-1)

---

## MANDATE

In accordance with the opinion and judgment of November 10, 2022, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

December 01, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit